# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            CALIFORNIA

## APPEARANCE

Case Number:  08mj2168

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE FRANCISCO GOMEZ-MORALES

I certify that I am admitted to practice in this court.

| 7/23/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City        State        Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number                Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj2168 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE FRANCISCO GOMEZ-MORALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  July 23, 2008                                           */s/ John C. Ellis, Jr.*
                                                                               JOHN C. ELLIS, JR.
                                                                               Federal Defenders
                                                                               225 Broadway, Suite 900
                                                                               San Diego, CA 92101-5030
                                                                               (619) 234-8467  (tel)
                                                                               (619) 687-2666  (fax)
                                                                               john_ellis@fd.org